**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: _____**

**JOHN DOE**,

      Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED         ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

      Defendants.

_____/

**SCHEDULE A**





