UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25262-CIV-MARTINEZ

JOHN DOE,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

**THIS CAUSE** is before the Court on Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order ("TRO") [ECF No. 23]. Plaintiff moves to extend the TRO issued by this Court on December 16, 2025 [ECF No. 21]. Plaintiff seeks limited renewed temporary relief because counsel did not receive the mailed copy of the entered TRO until after the TRO's stated expiration, and Plaintiff acted promptly upon receipt. (*See* Mot. 1).

Under Federal Rule of Civil Procedure 65(b)(2), the Court may issue a TRO for fourteen (14) days, and "for good cause shown" may extend a TRO for a "like period of time." Although Rule 65(b)(2) addresses extensions before expiration, good cause exists here for renewed temporary relief because (1) counsel did not receive the mailed order until January 9, 2026, (2) Plaintiff acted promptly upon receipt, and (3) the risk of immediate and irreparable harm identified in the Court's Order on Plantiff's *Ex Parte* Application for Entry of Temporary Restraining Order [ECF No. 21] remains present.

After careful consideration, and finding good cause to extend the TRO, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's *Ex Parte* Motion [ECF No. 23] is **GRANTED**. The TRO shall be extended for an additional fourteen (14) days, now expiring on **January 27, 2026, at 11:59 p.m.** All terms and conditions of the TRO remain in full force and effect for the time hereby extended.

**DONE AND ORDERED** in Miami, Florida, this 13 day of January 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record