UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-25262-CIV-MARTINEZ

**JOHN DOE**,

                Plaintiff,

vs.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

                Defendants.

## PLAINTIFF'S NOTICE OF FILING BOND

Plaintiff, by and through undersigned counsel, hereby gives notice of filing the original injunction bond certificate issued and attached hereto pursuant to the Court's Sealed Order on Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order (DE 21).

**DATED:  January 26, 2026**

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
 **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

    *I HEREBY CERTIFY that on **January 26, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400

2

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989