UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-25262-CIV-MARTINEZ

**JOHN DOE**,

                Plaintiff,

vs.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

                Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the terms of a confidential settlement, hereby voluntarily dismisses the instant action without prejudice against:

| No. | Defendant |
|---|---|
| 1 | Joyhalo |
| 6 | Newway-Pwer |
| 7 | THT Trading Co., Ltd. |
| 9 | KBISHTIE |
| 10 | dwnkove-US |
| 12 | visnfa |

**DATED: January 27, 2026**

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
  **DAVID P. REINER, II, ESQ.**; FBN 416400

**CERTIFICATE OF SERVICE**

 *I HEREBY CERTIFY that on **January 27, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____<br>
**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989