**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-25262-CIV-MARTINEZ**

**YINBING CHEN**,

                    Plaintiff,

        vs.

**THE INDIVIDUALS, PARTNERSHIPS AND**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A",**

                    Defendants.

---

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, by and through undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendants listed on Exhibit "A" attached hereto ("Defaulting Defendants") on the grounds that Defaulting Defendants have failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Defaulting Defendants were served on January 26, 2026. *See* Certificate of Service (DE 25).

Defaulting Defendants have failed to appear in this litigation and have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record. Plaintiff is informed and believes that the Defaulting Defendants are not an infant or incompetent person. Plaintiff is informed and believes that the Service member's Civil Relief Act does not apply.

**WHEREFORE**, Plaintiff, respectfully requests that default by entered against the against the Defaulting Defendants listed on Exhibit "A" attached hereto.

**DATED:  February 17, 2026**     Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
   **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

   *I HEREBY CERTIFY that on **February 17, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400

2