**EXHIBIT A**

| No. | Platform | Shop Name | Seller ID | ASINs |
|---|---|---|---|---|
| 2 | Amazon | FineWay | A2TRNPLA6S18IB | B0D9ND9SNP |
| 3 | Amazon | MIVERYEA | ACU8YC3YSHZI4 | B0F1374356 |
| 8 | Amazon | lucky lin | A1KFBBH0CEUM3X | B0F244Z5SS |
| 11 | Amazon | Alli-beauty | A26DWL7FBO1U34 | B0DYH7269Z |
| 13 | Amazon | DGDUBRB | A1IQEJVXOPTZ1N | B0FC2BS9VF |