**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-25262-CIV-MARTINEZ**

**YINBING CHEN**,

                        Plaintiff,

        vs.

**THE INDIVIDUALS, PARTNERSHIPS AND**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A",**

                        Defendants.

---

## **DEFAULT**

It appearing that Defendant listed on Exhibit A are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law, Default is hereby entered against the Defendants listed on Exhibit A as of course, on this date, _____, 2026.

**CLERK OF COURT**

By: _____

**EXHIBIT A**

| No. | Platform | Shop Name | Seller ID | ASINs |
|---|---|---|---|---|
| 2 | Amazon | FineWay | A2TRNPLA6S18IB | B0D9ND9SNP |
| 3 | Amazon | MIVERYEA | ACU8YC3YSHZI4 | B0F1374356 |
| 8 | Amazon | lucky lin | A1KFBBH0CEUM3X | B0F244Z5SS |
| 11 | Amazon | Alli-beauty | A26DWL7FBO1U34 | B0DYH7269Z |
| 13 | Amazon | DGDUBRB | A1IQEJVXOPTZ1N | B0FC2BS9VF |