UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25262-CIV-MARTINEZ/Sanchez

YINBING CHEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction [ECF No. 32].[1] (*See* [ECF No. 33]). Magistrate Judge Sanchez filed an R&R [ECF No. 37], recommending that the Motion be granted and that a preliminary injunction be entered. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R [ECF No. 37] is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction [ECF No. 32] is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 18 day of February 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

---

[1] Plaintiff's Motion [ECF No. 32] originally sought relief against the fourteen defendants referred to in the Amended Complaint as the Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A. The Schedule A can be found on the public docket. (*See, e.g.*, [ECF No. 15-1]). Since filing the Motion, however, Plaintiff has voluntarily dismissed nine defendants: Joyhalo, Newway-Pwer, THT Trading Co., Ltd., KBISHTIE, dwnkove-US, visnfa, Cloakman, QH INC, and Pupu Network Technology. (*See* [ECF Nos. 27, 39, 40]). Accordingly, this Order grants Plaintiff's requests for relief only as to Defendants FineWay, MIVERYEA, lucky lin, Alli-beauty, and DGDUBRB. A Revised Schedule A listing the Defendants who are the subject of this Order is attached hereto.

## REVISED SCHEDULE A

| Defendant | Platform | Shop Name | Online Market |
|---|---|---|---|
| 2 | Amazon | FineWay | https://www.amazon.com/Inch-Blackstone-Griddle-Cover-WrapAround/dp/B0D9ND9SNP/ref=sr_1_1?dib=eyJ2IjoiMSJ9 |
| 3 | Amazon | MIVERYEA | https://www.amazon.com/Blackstone-Accessories-Wrap-AroundFood-GradeProtection/dp/B0F1374356/ref=sr_1_5?dib=eyJ2IjoiMSJ |
| 8 | Amazon | lucky lin | https://www.amazon.com/Silicone-Blackstone-Protective-Accessories-Protection/dp/B0F244Z5SS/ref=sr_1_82_sspa?crid=35JC88TV |
| 11 | Amazon | Alli-beauty | https://www.amazon.com/Alliggic-Wrap-Around-Blackstone-Mat%EF%BC%8CPremium-Accessories/dp/B0DYH7269Z/ref=sr_1_166?crid=35JC88TVV |
| 13 | Amazon | DGDUBRB | https://www.amazon.com/DGDUBRB-Blackstone-Accessories-Comprehensive-Protection/dp/B0FC2BS9VF/ref=sr_1_201?crid=35JC88TVVP |