UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25262-CIV-MARTINEZ

YINBING CHEN,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notices of Voluntary Dismissal Without Prejudice [ECF Nos. 39, 40]. Having reviewed the record and otherwise being fully advised, it is:

**ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice** only as to Defendants Number 4 (Cloakman); Number 5 (QH INC); and Number 14 (Pupu Network Technology). Each party shall bear its own fees and costs. This Order shall have no effect on the remaining Defendants.

**DONE AND ORDERED** in Miami, Florida, this 18 day of February 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record